[No. 65098-0-I. Division One. May 31, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. CALVIN ARTIE EAGLE, *Appellant*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 08-1-00814-5, Steven J. Mura, J., entered March 15, 2010. *Affirmed* by unpublished opinion per Spearman, J., concurred in by Leach, A.C.J., and Cox, J.

[No. 65177-3-I. Division One. May 31, 2011.]

RAEGAN MCKIBBIN, *Appellant*, v. THE CITY OF SEATTLE, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 08-2-41855-3, Michael Heavey, J., entered March 10, 2010. *Reversed* and *remanded* by unpublished opinion per Lau, J., concurred in by Dwyer, C.J., and Spearman, J.

[No. 65518-3-I. Division One. May 31, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. DWIGHT LONELL MILES, JR., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 09-8-04528-5, Christopher A. Washington, J., entered June 7, 2010. *Affirmed* by unpublished opinion per Lau, J., concurred in by Ellington and Schindler, JJ.

[No. 66637-1-I. Division One. May 31, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. SAMUEL EUGENE FERGUSON III, *Defendant*, ALBERT JAMAAL YOUNGBLOOD, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 08-1-00819-3, John F. Nichols, J., entered August 7, 2009. *Affirmed* by unpublished opinion per Lau, J., concurred in by Cox and Schindler, JJ.